**KOSTELANETZ & FINK, LLP**
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007
———
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 23, 2012

**VIA ELECTRONIC FILING & FEDERAL EXPRESS**

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 918
Brooklyn, New York 11201

      Re: *United States v. Walker*, Docket No. 11-CR-282 (ERK)

Dear Judge Korman,

     We represent Charlene Walker in the above-referenced matter, and write to update the Court on the status of that matter. The parties have reached an agreement on a plea. In connection with that plea agreement, AUSA David Woll has scheduled a plea hearing before Magistrate Judge Viktor V. Pohorelsky on March 7, 2012 at 12:00pm.

                                          Respectfully,

                                          Juliet L. Fink

cc:    AUSA David Woll (by electronic mail)
         Paula M. Susi, Clerk of the Court (by electronic mail)