UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
    United States of America

         - against -                  CR 11-282 (ERK)

    Charlene Walker

-----------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## MAGISTRATE JUDGE VIKTOR V. POHORELSKY

    United States Magistrate Judge Viktor V. Pohorelsky has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Viktor V. Pohorelsky. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Viktor V. Pohorelsky.

                                                                         _____
                                                                         Defendant

By: _____                _____
        Assistant United States Attorney         Attorney for the Defendant

Dated: 3/7/2012                             Before:  s/Viktor V. Pohorelsky
        Brooklyn, New York                              VIKTOR V. POHORELSKY
                                                               United States Magistrate Judge